UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DORIS DIANE PRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cv-339 |
| | ) | (PHILLIPS/SHIRLEY) |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge C. Clifford Shirley. [Doc. 21.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that Plaintiff's Motion for Summary Judgment [Doc. 16] be **DENIED** and Commissioner's Motion for Summary Judgment [Doc. 19] be **GRANTED.**

    **IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT