UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DORIS DIANE PRIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-339 |
| ) | (PHILLIPS/SHIRLEY) |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge C. Clifford Shirley. [Doc. 21.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that Plaintiff's Motion for Summary Judgment [Doc. 16] be **DENIED** and Commissioner's Motion for Summary Judgment [Doc. 19] be **GRANTED.**

       **IT IS SO ORDERED**.

                                **ENTER:**

                                s/ Thomas W. Phillips

ENTERED AS A JUDGMENT        United States District Judge
  s/ *Debra C. Poplin*
  CLERK OF COURT